NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000512
10-AUG-2017
03:06 PM

NO. CAAP-16-0000512

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

IN THE INTEREST OF LR

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-S NO. 15-1-0111)

ORDER OF AMENDMENT
(By: Fujise, Presiding Judge, and Leonard and Reifurth, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on June 29, 2017, is amended as follows:

On page 2, in the third line of the second full paragraph, the words "did not concern" should be deleted and replaced with the word "concerned" so that the line reads:

clearly erroneous and concerned matters within the province

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai‘i, August 10, 2017.

Presiding Judge

Associate Judge

Associate Judge